MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-6840
      FAX: (415) 436-7123
      Email: kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 13-MJ-71441 MAG |
|     Plaintiff, | ) | |
|     v. | ) | **STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE** |
| RONNIE ADAMS, TAMMY ADAMS, RED HAWK, CANDY MILLER, MOSES HAWK, TOBY GEORGE, ALEX MILLER, DANIELLE MILLER, and ALEX SOSENSKY, | ) | |
|     Defendants. | ) | |

       The Court has set January 28, 2014, at 9:30 a.m. as the date for a preliminary hearing or arraignment.  The parties hereby stipulate to set the preliminary hearing or arraignment date on March 25, 2014, and they request that the Court extend the time limits provided by Federal Rule of Criminal Procedure 5.1(c).  This extension of time is necessary for the parties to explore possible pre-indictment

resolution, to produce and review discovery, and for effective preparation of counsel.

Pursuant to Rule 5.1(d), the defendants and the government consent to the extension of time, and the parties represent that good cause exists for this extension, including the effective preparation of counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  For the same reasons, the parties also request that the Court exclude from the time limits of 18 U.S.C. § 3161 the period from the date of this Order through March 25, 2014.  The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

MELINDA HAAG

United States Attorney

DATED: January 27, 2014                              _____/s/_____

KEVIN J. BARRY
Assistant United States Attorney

DATED: January 27, 2014                              _____/s/_____

MICHAEL STEPANIAN
Attorney for RONNIE ADAMS

DATED: January 27, 2014                              _____/s/_____

WINSTON Y. CHAN
Attorney for TAMMY ADAMS

DATED: January 27, 2014                              _____/s/_____

RICHARD TAMOR
Attorney for RED HAWK

DATED: January 27, 2014                              _____/s/_____

MARY MCNAMARA
Attorney for CANDY MILLER

DATED: January 27, 2014                              _____/s/_____

MARK VERMEULEN
Attorney for MOSES HAWK

DATED: January 27, 2014                    _____/s/_____
                                           ERIK BABCOCK
                                           Attorney for TOBY GEORGE


DATED: January 27, 2014                    _____/s/_____
                                           BRIAN BERSON
                                           Attorney for DANIELLE MILLER


DATED: January 27, 2014                    _____/s/_____
                                           JONATHAN FRIED
                                           Attorney for ALEX SOSENSKY


Attestation of Filer

In addition to myself, the other signatories to this document are the attorneys listed above.  I attest that I have their permission to enter a conformed signature on their behalf and to file the document.


DATED: January 27, 2014                    _____/s/_____
                                           KEVIN J. BARRY
                                           Assistant United States Attorney


[PROPOSED] ORDER

For the reasons stated above, the Court sets March 25, 2014, as the date for the arraignment or preliminary hearing.  The Court finds that extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from the date of this Order through March 25, 2014, is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. § 3161is warranted; that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE
CR 13-mj-71441-MAG                          3

1  counsel for the defendant and for the government the reasonable time necessary for effective preparation

2  of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.

3  18 U.S.C. § 3161(h)(7)(B)(iv).

4

5          IT IS SO ORDERED.

6

7  DATED:  1/28/14

8  HON. ELIZABETH D. LAPORTE
   United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28